RECEIVED
MAY - 6 2022
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MARY TURNER, )
)
Plaintiff, )
)
v. ) No. 4:22-CV-33 RLW
)
DAVID S. FERRIERO, Archivist of )
the United States National Archives and )
Records Administration, )
)
Defendant. )

Subject: Request for entry of default and default judgement against Defendants

In accordance with Rule 55 of the Federal Rules of Civil Procedure, I am respectfully requesting, that the Court enters a default and issues a default judgement against the Defendants, for failing to respond to me and my summons, and for failing to serve on me, an answer to my complaint, within the Court's prescribed time frame.

The following relief is requested:
1. The Agency retracts any and all discipline, and
2. The Agency reimburses all attorney's fees, and
3. The Agency accommodates my disability by transferring me to, at least, a GS9 position, NOT under NPRC hierarchy or jurisdiction, and
4. The Agency immediately promotes me to GS11, back-dated 3 years, & with all pay & personnel actions, and
5. The Agency pays me $50,000 and any and all additional compensation the Court deems appropriate

I pray that the Court issues a decision in my favor, and grants the relief demanded in my complaint. Thank you for your consideration in this matter.

Respectfully,
Mary Turner