**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARY TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:22-CV-33 RLW |
| | ) | |
| COLLEEN SHOGAN, *Archivist of* | ) | |
| *The United States Nationals Archives and* | ) | |
| *Records Administration*, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the Memorandum and Order of this same date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Defendant Colleen Shogan, Archivist of the United States Nationals Archives and Records Administration, and against Plaintiff Mary Turner on all claims asserted in Plaintiff's First Amended Employment Discrimination Complaint.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this   20th   day of September, 2023.