# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  23-3529
_____

Mary Turner

Plaintiff - Appellant

v.

Colleen Shogan, Archivist of The United States Nationals Archives and Records Administration

Defendant - Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:22-cv-00033-RLW)
_____

**JUDGMENT**

Before LOKEN, SHEPHERD, and KOBES, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

May 21, 2024

Order Entered in Accordance with Opinion:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
          /s/ Stephanie N. O'Banion